Opinion issued March 29, 2012.



In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-12-00225-CR

———————————

In re Jason T. Pegues, Relator



 



 

Original Proceeding on Petition for Writ of Mandamus



 



 

MEMORANDUM OPINION[1]

Relator, Jason T. Pegues,
has filed a pro se petition for writ of mandamus requesting that we compel the
trial court to credit relator for time served in a juvenile detention facility
pending the trial of the underlying case. We deny relator’s petition.

PER CURIAM

Panel
consists of Chief Justice Radack and Justices Higley and Brown.

Do
not publish.   Tex. R.
App. P. 47.2(b).











[1]
          Relator has identified the underlying
case as State v. Jason Tyrone Pegues, No. 26,185, in the 240th District Court of Fort
Bend County, Texas, the Honorable Thomas R. Culver, III, presiding.